<pre>                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
_____

MIA SIMPSON,                                  Civil No. 09-1636 (JRT/SRN)

                      Plaintiff,

v.                                            **ORDER OF DISMISSAL**

WACHOVIA EDUCATION FINANCE,
INC.

                      Defendant.
_____
</pre>

Thomas Lyons, Jr. and Trista Roy, **CONSUMER JUSTICE CENTER, PA**, 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Amy Schwartz and Richard Thomson, **LAPP LIBRA THOMSON STOEBNER & PUSCH, CHARTERED**, 120 South Sixth Street, Suite 2500, Minneapolis, MN 55402, for Defendant.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: February 18, 2010
at Minneapolis, Minnesota.

                                                                                       s/ John R. Tunheim
                                                                                     JOHN R. TUNHEIM
                                                                      United States District Judge